**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EILEEN AVILES, ET AL.,<br><br>   Plaintiff(s)<br><br>             v.<br><br>PROCTOR & GAMBLE COMPANY,<br><br>   Defendant(s) | **RECUSAL ORDER**<br><br><br>Case No.: 2:21-cv-02108 JAM AC |

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself. Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the

assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: November 16, 2021        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE