ANDREW SOUKUP (admitted *pro hac vice*)
asoukup@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: (202) 662-5066

AMY S. HEATH (SBN 312516)
aheath@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000

*Attorneys for Defendant*
*The Procter & Gamble Company*

*Additional counsel listed on signature page.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EILEEN AVILES, SHELBY COOPER, TANYA COOPER, JACOB COOPER, and PATRICIA DONADIO, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>  Defendant. | Civil Case No.: 2:21-cv-02108-KJM-AC<br><br>**JOINT STIPULATION TO STAY CASE PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RESOLUTION OF PENDING MOTION TO TRANSFER**<br><br>Initial Case Management Conference:<br>March 24, 2022, 2:30 P.M. (Mueller, C.J.) |

WHEREAS, on November 12, 2021, Plaintiffs Eileen Aviles, Shelby Cooper, Tanya Cooper, Jacob Cooper, and Patricia Donadio ("Plantiffs") filed the above-captioned putative class action complaint (the "Complaint") against Defendant The Procter & Gamble Company ("P&G") asserting claims based on allegations that certain P&G aerosol antiperspirant sprays contained benzene, *see* ECF No. 1;

WHEREAS, P&G has waived service of the Complaint, and P&G's deadline to respond to the Complaint currently is January 18, 2022, *see* ECF No. 7;

WHEREAS, the Court has set an initial status conference for March 24, 2022 at 2:30 P.M., *see* ECF No. 6;

WHEREAS, the deadline for the Parties to complete their Rule 26(f) conference is March 3, 2022, *see* ECF No. 6;

WHEREAS, as of the date of filing this stipulation, there were thirteen other actions in eight other districts asserting claims related to the alleged presence of benzene in certain P&G aerosol products;

WHEREAS, under the Multidistrict Litigation Act, "[w]hen civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings," 28 U.S.C. § 1407(a);

WHEREAS, on December 13, 2021, P&G filed with the Judicial Panel on Multidistrict Litigation ("JPML") a Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Centralized Pretrial Proceedings, *see* ECF No. 11, seeking to create a Multidistrict Litigation ("MDL") proceeding and to transfer this action and ten others asserting similar benzene-related claims against P&G to the Southern District of Florida for centralized pretrial proceedings, *see* ECF No. 13;

WHEREAS, on December 14, 2021, the JPML issued a briefing schedule for P&G's Motion for Transfer, with responses to the Motion for Transfer due on January 4, 2022 and replies due on January 11, 2022, *see In re Procter & Gamble Aerosol Products Marketing & Sales Practices Litigation*, MDL No. 3025, ECF No. 3, and the Panel is expected to render a decision shortly after its hearing on the Motion for Transfer, *see* John G. Heyburn II, A View from the Panel: Part of the Solution, 82 Tul. L. Rev. 2225, 2242 (2008) ("The Panel's rules already require a tight briefing schedule prior to oral

argument on all § 1407 transfer motions. The Panel prepares extensively for oral argument and usually reaches a decision on each case during its conference immediately afterwards . . . .");

WHEREAS, this action was recently filed and there has been little activity in the case;

WHEREAS, courts in this district often stay civil actions when the issue of transfer is before the JPML, *see Weaver v. Pfizer, Inc.*, 2014 WL 2002212 (E.D. Cal. May 15, 2014) (granting motion to stay pending decision by the JPML); *JBR, Inc. v. Keurig Green Mountain, Inc.*, 2014 WL 1767701, at *3 (E.D. Cal. May 2, 2014) (same); *Franklin v. Prospect Mortg., LLC*, 2013 WL 6423389, at *3 (E.D. Cal. Dec. 9, 2013) (same); *Gordillo v. Bank of Am., N.A.*, 2010 WL 148699, at *2 (E.D. Cal. Jan. 14, 2010) (same);

WHEREAS, Plaintiffs and P&G agree that the interest of efficiency for the Parties and the Court would be best served by staying this case until the JPML rules on the pending Motion for Transfer. Absent a stay, the Court and the Parties would face case management obligations and deadlines. In light of the likelihood that there will be an MDL consolidating these actions for the purpose of pretrial proceedings, a stay is prudent to avoid duplication of pretrial efforts by the Parties, any waste of judicial resources, the risk of conflicting rulings, and to promote just and efficient conduct of these actions;

WHEREAS, P&G is (or soon will be) seeking similar stays in all other similar cases in which it has been served involving claims related to the alleged presence of benzene in certain P&G aerosol products;

THEREFORE, the Parties respectfully request that this Court stay the action pending the decision of the JPML in *In re Procter & Gamble Aerosol Products Marketing & Sales Practices Litigation*, MDL No. 3025, and vacate all deadlines, including Defendant's obligation to respond to the Complaint and the March 24, 2022 initial status conference and associated deadlines. If the JPML does not centralize these cases, the parties will file a status report within 14 days of the JPML's ruling.

It is so stipulated.

| | | |
|---|---|---|
| 1 | DATED:  December 17, 2021 | COVINGTON & BURLING LLP |
| 2 | | By:  /s/ Andrew Soukup |
| 3 | | Andrew Soukup (admitted *pro hac vice*) |
| | | asoukup@cov.com |
| 4 | | COVINGTON & BURLING LLP |
| 5 | | One CityCenter |
| | | 850 Tenth Street NW |
| 6 | | Washington, D.C. 20001 |
| 7 | | Telephone: (202) 662-5066 |
| 8 | | Amy S. Heath (SBN 312516) |
| | | aheath@cov.com |
| 9 | | COVINGTON & BURLING LLP |
| | | Salesforce Tower |
| 10 | | 415 Mission Street, Suite 5400 |
| 11 | | San Francisco, CA 94105-2533 |
| | | Telephone: (415) 591-6000 |
| 12 | | |
| 13 | | *Attorneys for Defendant The Procter & Gamble Company.* |
| 14 | DATED:  December 17, 2021 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |
| 15 | | |
| 16 | | By:  /s/ Alex R. Straus (as authorized on 12/17/21) |
| 17 | | |
| 18 | | Alex R. Straus (SBN 321366) |
| | | Email: astraus@milberg.com |
| 19 | | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |
| 20 | | 280 South Beverly Drive |
| | | Beverly Hills, CA 90212 |
| 21 | | Tel.: (917) 471-1894 |
| 22 | | Fax: (310) 496-3176 |
| 23 | | Nick Suciu III* |
| | | MILBERG COLEMAN BRYSON |
| 24 | | PHILLIPS GROSSMAN PLLC |
| | | nsuciu@milberg.com |
| 25 | | 6905 Telegraph Rd., Suite 115 |
| 26 | | Bloomfield Hills, MI 48301 |
| | | Tel.: (313) 303-3472 |
| 27 | | |
| 28 | | |

JOINT STIPULATION TO STAY CASE PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S
RESOLUTION OF PENDING MOTION TO TRANSFER
Case No.: 2:21-cv-02108-KJM-AC

Jennifer Czeisler*
Email: jczeisler@milberg.com
Virginia Ann Whitener*
Email: gwhitener@milberg.com
Russell Busch*
Email: rbusch@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080

*Pro Hac Vice application forthcoming*

*Attorneys for Plaintiffs Eileen Aviles, Shelby Cooper, Tanya Cooper, Jacob Cooper, and Patricia Donadio*

**ORDER GRANTING STIPULATION**

Pursuant to the stipulation of the Parties, this case is stayed pending the decision of the JPML in *In re Procter & Gamble Aerosol Products Marketing & Sales Practices Litigation*, MDL No. 3025, and all deadlines, including Defendant's obligation to respond to the Complaint and the March 24, 2022 initial status conference and associated deadlines, are vacated. If the JPML does not centralize these cases, the parties shall file a status report within 14 days of the JPML's ruling.

IT IS SO ORDERED.

DATED:  January 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE